Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Chapter 11
In re:                                                       Case No. 25-11795 (JMP)
ELIZABETH LOWE,

                          Debtor.
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in the above-captioned case as proposed counsel for debtor Elizabeth Lowe ("Lowe"), pursuant 11 U.S.C. §§ 102(1) *et seq.* and Fed. R. Bankr. P. 2002, 3017, 9007 and 9010(b), and requests that all notices given or required to be given, and all papers served or required to be served, in this case be provided to and served upon the Debtor through her undersigned proposed counsel, as follows:

        Douglas J. Pick, Esq.
        Pick & Zabicki LLP
        369 Lexington Avenue, 12th Floor
        New York, New York 10017
        Tel. No.:   (212) 695-6000
        Fax No.:   (212) 695-6007
        E-mail:     dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes, without limitation, all orders, notices, pleading, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, whether formal or

informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphy, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Debtor including, without limitation: (i) to have final orders in noncore matters entered only after *de novo* review by the district court; (ii) the right to trial by jury in any proceeding relating to this case or any case, controversy, or proceeding related to these cases; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the district court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments which the Debtor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until its expressly states otherwise, the Debtor does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final order or judgments consistent with Article II of the United States Constitution.

Dated: New York, New York
         October 21, 2025

                                            **PICK & ZABICKI LLP**
                                            Proposed Counsel to the Debtor

                        By:    */s/Douglas J. Pick*
                               Douglas J. Pick, Esq.
                               369 Lexington Avenue, 12th Floor
                               New York, New York 10017
                               (212) 695-6000

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2025, a true copy of the foregoing *Notice of Appearance and Request for Notices* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System.

I hereby certify that the foregoing statements made by me are true.


*/s/Eric C. Zabicki*
ERIC C. ZABICKI